632

384 A.2d 1006

Western Mining Corporation, Appellant, v.
Mallet's Warehouse, Inc.

Argued November 15, 1977.   Frank R. Fleming, III, with him Grogan, Graffam, McGinley & Solomon, for appellant;  Foster S. Goldman, Jr., with him Melvin E. Clark, Jr., for appellee.

Order affirmed.

384 A.2d 1006

Weyand, et al. v. Burke, et ux., Appellants.

Argued November 16, 1977.   William H. Burke, *in propria persona*, with him Stephen A. Tetuan, for appellants;  V. White, with him Robert J. Kelleher, for appellees.

Judgment affirmed.